### File Hashes for IP Address 108.18.246.158

**ISP:** Verizon Online, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/02/2015 02:45:57 | 3F5A59DA90CD56CB11BAFC40280E2B3A4963C0D3 | So Cute |
| 01/21/2014 03:07:05 | 15036C97E11F054B35EC4B131F7749469238B4B3 | Season of Love |
| 01/05/2014 17:29:41 | BFF4364CF6D6045C502822043A8189BEF2094EBD | Zeppelin on Fire |
| 01/01/2014 19:58:52 | 5164978A92B85A0E02BB83908988321A30590905 | And Then There Was You |
| 12/18/2013 03:38:36 | CC6F5586961EF5CE46145CB6E122E239185E1D67 | Model Couple on Vacation |
| 12/14/2013 12:01:26 | 24C96BAA4F7BD1A7EE94428E7BC918FEC48A2F43 | Love at First Sight |
| 12/09/2013 02:01:44 | 4B7F6A2BB4C01B0728DD192E8D5001E45A0F09FF | Good Night Kiss |
| 12/06/2013 09:35:38 | 1AE2C5738D6957E318E36D366BBE2D7418ABD822 | Ready for Love |
| 12/04/2013 03:18:22 | 14B5574C0E73CDCCDE75D43CA9E6029A6694F8A8 | So Right Its Wrong |
| 11/23/2013 07:19:53 | 59AB819DE1378BC6DDB715B92ECCF08C0EF6597C | High School Dropouts |
| 11/20/2013 06:29:04 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

EVA191