**Copyrights-In-Suit for IP Address 108.18.246.158**

**ISP:** Verizon Online, LLC
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| So Cute | PA0001929802 | 01/25/2015 | 01/28/2015 | 02/02/2015 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/21/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/05/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/01/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/18/2013 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/14/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/09/2013 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/06/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/04/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/23/2013 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 11**

EXHIBIT B

EVA191