UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,                            CASE NO.: **1:15-cv-00352-GBL-MSN**

        Plaintiff,

v.

GEOFFREY BISHOP,

        Defendant.

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT GEOFFREY BISHOP

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Geoffrey Bishop With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have an additional thirty (30) days or until August 16, 2015 to effectuate service of a summons and Complaint upon Defendant Geoffrey Bishop.

SO ORDERED this 22 day of ___July___, 2015.

By: _____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge