IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

        Case No. 1:15-cv-00352-GBL-MSN

GEOFFREY BISHOP,

        Defendant.

_____/

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Geoffrey Bishop's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Geoffrey Bishop's claims against each other are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2015.

/s/
Gerald Bruce Lee
By: United States District Judge
**UNITED STATES DISTRICT JUDGE**